UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONDRAGON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHAD WOLF, et al.,[1]<br><br>　　　　　Respondent. | Case No. EDCV 19-2070-AB (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondents' Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing this action without prejudice.

Dated: April 15, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court substitutes Chad Wolf, Acting Secretary of the Department of Homeland Security as Respondent in this action. Fed. R. Civ. P. 25(d).