JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONDRAGON, | Case No. EDCV 19-2070-AB (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| CHAD WOLF, et al.,[1] | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: April 15, 2020

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge

---

[1] The Court substitutes Chad Wolf, Acting Secretary of the Department of Homeland Security as Respondent in this action.  Fed. R. Civ. P. 25(d).